IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NEIL J. NAPLES, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 1:12-CV-0439-RWS |
| KENNESTONE HOSPITAL, | : |
| INC., | : |
| | : |
| Defendant. | : |

### ORDER

This case is before the Court for consideration of Plaintiff's Motion for Voluntary Dismissal Without Prejudice [17]. The Motion in unopposed as Defendant has filed no response to it. After due consideration, the Motion is hereby **GRANTED**, and the case is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall close the case.

**SO ORDERED**, this   26th   day of July, 2012.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)